# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA A. DODSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-633-TFM-B |
| | : | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff's claims are hereby **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 56(a).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 20th day of May 2021.

/s/ Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE